# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL R. NORTON, | ) | NO. CV 16-8266-DMG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| CDCR, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 18, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE